# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136294(48)

SAM ANDRES, d/b/a
SCHOOLCRAFT AUTO BODY,
      Plaintiff-Appellant,

v

TIM BROWN,
      Defendant-Appellee.

SC: 136294
COA: 276473
Kalamazoo CC: 06-000065-NO

_____/

      On order of the Court, the motion for reconsideration of this Court's September 19, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

d0120